UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSIBEL RINGLING,<br><br>        Plaintiff,<br>-against-<br><br>NEW YORK PRESBYTERIAN HEALTHCARE SYSTEM, INC., 61ST STREET SERVICE CORP, and MARISSA HARVEY,<br><br>        Defendants. | CV: 14-2257 (AT)(SN)<br><br>RULE 7.1 STATEMENT |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record certifies that there are no corporate parents, subsidiaries, or affiliates of Defendant, 61st Street Service Corporation, which are publicly held.

Dated: New York, New York
    July 9, 2014

PUTNEY, TWOMBLY, HALL & HIRSON LLP
*Attorneys for Defendant, 61st St. Service Corporation*

By: _____
Mark A. Hernandez
521 Fifth Avenue
New York, New York 10175
(212) 682-0020