

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY, 10006
Tel: 212-248-7431
Fax: 212-901-2107

July 18, 2014

**Via ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

   Re: **Rosibel Ringling v. New York Presbyterian Healthcare System, Inc., et al.**
      **14-cv-2257 (AT)(SN)**

Dear Judge Torres:

  We represent the Plaintiff, Rosibel Ringling, in connection with the above referenced matter. We write on behalf of Plaintiff to respectfully ask the Court for an adjournment of the Initial Pretrial Conference scheduled for July 21, 2014 at 4:00 p.m. and August 11, 2014 deadline for mediation to be finalized.

  In light of Plaintiff's intention of filing an amended complaint under Rule 15 removing one party and adding another, Plaintiff respectfully requests the Initial Pretrial Conference be adjourned to permit all appropriate parties to attend. This is Plaintiff's first request for an adjournment. Answering Defendant 61st Street Service Corp. consents to this request.

  Thank you for your attention in this matter.

                Respectfully Submitted,

                 /s/
                Marjorie Mesidor
                Lead Counsel

cc. Mark Hernandez, Esq. (via ECF)
   James Girillo, Esq. (via electronic mail)