

Phillips & Associates, Attorneys At Law, PLLC
45 Broadway, Suite 620
New York, NY, 10006
Tel: 212-248-7431
Fax: 212-901-2107

August 13, 2014

**Via ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007
Torres_NYSDChambers@nysd.uscourts.gov

    Re:    **Rosibel Ringling v. New York Presbyterian Healthcare System, Inc., et al.**
           **14-CV-2257 (AT)(SN)**

Dear Judge Torres:

    We represent the Plaintiff, Rosibel Ringling, in connection with the above referenced matter. We write now to respectfully request an Amended Summons.

    On August 1, 2014, Plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15. The amended complaint added The Trustees of Columbia University in the City of New York ("Columbia University") as a defendant in the action and removed New York Presbyterian Healthcare System, Inc. As such, Plaintiff now respectfully requests an amended summons in order to serve Defendants Columbia University and Marissa Harvey with the Amended Complaint.

    Thank you for your attention in this matter.

                                          Respectfully Submitted,

                                          /s/
                                        Nicole Welch

cc.    Mark Hernandez, Esq. (via ECF)
       Adriana Stefanie Kosovych, Esq. (via ECF)