AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Rosibel Ringling ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 14 CV 2257 |
| 61st Street Service Corporation, et. al. ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
 Phillips & Associates
 45 Broadway, Suite 620
 New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
 *Signature of Clerk or Deputy Clerk*

The Trustees of Columbia University in the City of New York
Via Secretary of State
525 East 68th Street, Box 88
New York, NY 10021

61st Street Service Corporation
Via Secretary of State
250 West 57th Street, Room 2421
New York, NY 10107

Marissa Harvey
Via Place of Residence
1454 Stickney Place
Bronx, NY 10469-1554