

*Attorneys at Law*
45 Broadway, Suite 620, New York, New York 10006
Tel: (212) 248-7431 Fax: (212) 901-2107

September 2, 2014

<u>VIA ECF</u>
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re:    **Rosibel Ringling v. 61st Street Service Corporation, The Trustees of Columbia University in the City of New York and Marissa Harvey, *Individually*, S.D.N.Y. 14-CV-2257 (AT)(SN)**

Dear Judge Torres:

This firm represents Plaintiff, Rosibel Ringling, in the above referenced matter. We write now pursuant to Your Chamber's directives, to respectfully request an adjournment of the Initial Pretrial Conference scheduled for September 3, 2014 at 4:30 p.m.

Although the summons and complaint are out for service on Defendant The Trustees of Columbia University in the City of New York ("Columbia University"), Plaintiff has not yet received confirmation that Defendant Columbia University has been served. In addition, while Marissa Harvey has been served with the summons and complaint, Defendant Harvey has not yet appeared in this action.

In light of the foregoing, we respectfully request that the Initial Pretrial Conference be adjourned in order to allow all parties to appear. Should it please the court, the parties propose the conference be adjourned to October 1, 2014. Defendants consent to this request.

Respectfully submitted,

_____/s/_____
Nicole Welch

cc:    Mark Hernandez, Esq.
       Adriana S. Kosovych, Esq.
       *Attorneys for Defendant 61st Street Service Corporation*