```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSIBEL RINGLING,

                 Plaintiff,

-against-

61ST STREET SERVICE CORPORATION, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and MARISSA HARVEY, *Individually*,

                 Defendants.

14 Civ. 02257(AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pre-trial conference scheduled for October 15, 2014 is ADJOURNED to **October 21, 2014** at **4:15 p.m.**  The parties are directed to file a revised joint letter and case management plan by **October 14, 2014**.

    SO ORDERED.

Dated: September 4, 2014
       New York, New York

                                              ANALISA TORRES
                                  United States District Judge