Jones, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSIBEL RINGLING,

                Plaintiff,

-against-

61st STREET SERVICE CORPORATION, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and MARISSA HARVEY, *Individually*,

                Defendants.

CV: 14-2257 (AT)(SN)

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant, The Trustees of Columbia University in the City of New York ("Columbia University"), that the time for Columbia University to answer, move or otherwise respond to the Amended Complaint is hereby extended to and including October 6, 2014.

**IT IS FURTHER STIPULATED AND AGREED**, that Columbia University waives the defense of improper service of process.

Dated: New York, New York
       September 5, 2014

_____
Nicole A. Welch, Esq.
PHILLIPS & ASSOCIATES, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
*Attorneys for Plaintiff*

Dated: New York, New York
       September 5, 2014

_____
Adriana S. Kosovych, Esq.
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant The Trustees of Columbia University in the City of New York*

The parties' stipulation is GRANTED to the extent that by **October 6, 2014**, Defendant shall answer the complaint or submit a letter requesting a pre-motion conference pursuant to Paragraph III of this Court's Individual Practices in Civil Cases.

SO ORDERED.
Dated: September 8, 2014
      New York, New York

_____
ANALISA TORRES
United States District Judge