Torres, A.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/14

ROSIBEL RINGLING,

                    Plaintiff,

-against-

61st STREET SERVICE CORPORATION, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, and MARISSA HARVEY, *Individually*,

                    Defendants.

CV: 14-2257 (AT)(SN)

**STIPULATION TO EXTEND TIME TO EXCHANGE INITIAL DISCOVERY**

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendants, 61st Street Service Corp. ("Service Corp.") and The Trustees of Columbia University in the City of New York ("Columbia University"), that the time for Plaintiff, Service Corp. and Columbia University to exchange the initial discovery required under the Initial Discovery Protocols for Employment Cases Alleging Adverse Actions is hereby extended to and including November 5, 2014.

Dated: New York, New York
       September 5, 2014

_____
Nicole A. Welch, Esq.
PHILLIPS & ASSOCIATES, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
*Attorneys for Plaintiff*

Dated: New York, New York
       September 5, 2014

_____
Adriana S. Kosovych, Esq.
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendant 61st Street Service Corp. and The Trustees of Columbia University in the City of New York*

SO ORDERED:

Dated: September 8, 2014
       New York, New York

_____
ANALISA TORRES
United States District Judge