Torres, A.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _9/10/2014_

**UNITED STATES DISTRICT COURT**

ROSIBEL RINGLING,

                **Plaintiff,**

  -against-

61st STREET SERVICE CORPORATION, THE
TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK, and MARISSA
HARVEY, *Individually*,

                **Defendants.**

**SOUTHERN DISTRICT OF NEW YORK**

CV: 14-2257 (AT)(SN)

**STIPULATION TO EXTEND
TIME TO ANSWER, MOVE OR
OTHERWISE RESPOND**

      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and

Defendants that the time for Defendant, Marissa Harvey, to answer, move or otherwise respond

to the Amended Complaint is hereby extended to and including October 6, 2014.

Dated:  New York, New York
       September _9_, 2014



_____
Nicole A. Welch, Esq.
PHILLIPS & ASSOCIATES, PLLC
45 Broadway, Suite 620
New York, NY 10006
(212) 248-7431
*Attorneys for Plaintiff*

Dated:  New York, New York
       September _9_, 2014



_____
Adriana S. Kosovych, Esq.
PUTNEY, TWOMBLY, HALL & HIRSON LLP
521 Fifth Avenue
New York, New York  10175
(212) 682-0020
*Attorneys for Defendant 61st Street Service Corp.
and The Trustees of Columbia University in the
City of New York*

The parties' stipulation is GRANTED to the extent that by **October 6, 2014**, Defendant shall answer
the complaint or submit a letter requesting a pre-motion conference pursuant to Paragraph III of this
Court's Individual Practices in Civil Cases.

SO ORDERED.
Dated: September 10, 2014
     New York, New York

_____
ANALISA TORRES
United States District Judge