UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSIBEL RINGLING,<br><br>                               Plaintiff,<br>    -against-<br><br>61st STREET SERVICE CORPORATION, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and MARISSA HARVEY, *Individually*,<br><br>                               Defendants. | CV: 14-2257 (AT)(SN)<br><br>RULE 7.1 STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Courts to evaluate possible disqualifications or recusal, the undersigned counsel of record for defendant, The Trustees of Columbia University in the City of New York certifies that there are no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

Dated: New York, New York
        October 6, 2014

PUTNEY, TWOMBLY, HALL & HIRSON LLP
*Attorneys for Defendants, The Trustees of Columbia University in the City of New York and 61st Street Service Corp.*

By: _____
      Mark A. Hernandez
      Adriana S. Kosovych
      521 Fifth Avenue
      New York, New York 10175
      (212) 682-0020

## CERTIFICATE OF SERVICE

The undersigned, a member of the Bar of this Court, hereby certifies that she caused a true and accurate copy of the foregoing RULE 7.1 STATEMENT to be filed electronically with the Court and thus to be served via electronic case filing (ECF) on October 6, 2014 upon:

Marjorie Mesidor, Esq.
Phillips & Associates PLLC
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431
*Attorneys for Plaintiff*

Marc B. Zimmerman, Esq.
Phillips Nizer LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 841-0512
*Attorneys for Defendant Marissa Harvey*

_____
Adriana S. Kosovych