PUTNEY, TWOMBLY, HALL & HIRSON LLP

DANIEL F. MURPHY, JR.
MICHAEL T. McGRATH
THOMAS A. MARTIN
WILLIAM M. POLLAK
JAMES E. McGRATH, III
CHRISTOPHER M. HOULIHAN
THOMAS M. LAMBERTI
STEPHEN J. MACRI
HARVEY I. SCHNEIDER
MARY ELLEN DONNELLY
JOSEPH B. CARTAFALSA
GEOFFREY H. WARD
ANDREA HYDE
E. PARKER NEAVE
MARK A. HERNANDEZ
JAMES M. STRAUSS
PHILIP H. KALBAN
JEROME P. COLEMAN
BARBARA M. MAISTO
CARYN B. KEPPLER

ESTABLISHED 1866
COUNSELORS AT LAW
521 FIFTH AVENUE
NEW YORK, NEW YORK 10175
(212) 682-0020
TELEFAX: (212) 682-9380
PUTNEYLAW.COM

740 BROAD STREET, SUITE 2
SHREWSBURY, NEW JERSEY 07702
(732) 379-6020
TELEFAX: (732) 345-9444

1205 FRANKLIN AVENUE
GARDEN CITY, NY 11530
(516) 746-0070
TELEFAX: (516) 746-0599

2000 GLADES ROAD
SUITE 300
BOCA RATON, FLORIDA 33431
(800) 935-8480
TELEFAX: (561) 613-4100

COUNSEL
CHARLES J. GROPPE
ALEXANDER NEAVE
DUSTAN T. SMITH

January 30, 2015

**VIA ECF**
Hon. Analisa Torres
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/2015

Re:   Rosibel Ringling v. 61st Street Service Corporation, The Trustees of Columbia University in the City of New York and Marissa Harvey, *Individually*, S.D.N.Y. 14-CV-2257 (AT)(SN)

Dear Judge Torres:

This firm represents Defendants, 61st Street Service Corp. ("Service Corp.") and The Trustees of Columbia University in the City of New York ("Columbia University"), in connection with the above-referenced matter. Pursuant to the Case Management Plan and Scheduling Order (Docket No. 40), discovery is scheduled to conclude on February 27, 2015. We write jointly with counsel for Defendant Marissa Harvey to respectfully request that the current discovery deadline be extended to May 8, 2015, to allow the parties to complete depositions and remaining document discovery. Accordingly, enclosed please find a proposed Revised Case Management Plan signed by Defendants.

The parties have made significant progress in discovery to date. The parties have exchanged initial document and interrogatory requests as well as initial responses to same. The parties have conferred regarding a schedule for depositions and have agreed upon the following available dates for the depositions of Plaintiff: February 26 and March 11. Confirmation of the dates for Plaintiff's deposition is contingent upon receipt by Defendants of all outstanding document production from Plaintiff, as well as documents from third parties. We have also

Hon. Analisa Torres
January 30, 2015
Page 2

offered March 31 and April 2 as available dates for the deposition of Ms. Harvey and a FRCP 30(b)(6) witness. Plaintiff has rejected these dates as she does not consent to an extension of the the discovery deadline beyond March 27, 2015.

Defendants anticipate that the parties may need to serve follow-up document requests, interrogatories and/or requests for admission at the conclusion of depositions. Non-party witnesses may also need to be deposed. In addition, counsel for Ms. Harvey and counsel for Service Corp. and Columbia University are each scheduled to be away for vacation from February 14-21, 2015 and April 9-20, 2015, respectively. For these reasons, Defendants seek an extension of the discovery deadline to May 8, 2015.

This is the Defendants' first request for an extension of the discovery deadline in this case.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Adriana S. Kosovych

Enclosure

cc: Marjorie Mesidor, Esq.
*Attorneys for Plaintiff*

Marc B. Zimmerman, Esq.
*Attorneys for Marissa Harvey*

Defendants' request is GRANTED. The deadline for fact discovery is EXTENDED to **May 8, 2015**.

SO ORDERED.
Dated: February 3, 2015
    New York, New York

ANALISA TORRES
United States District Judge