UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
ROSIBEL RINGLING,

                                    Plaintiff,

            -against-

61ST STREET SERVICE CORPORATION, THE
TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK and MARISSA
HARVEY, *Individually*,

                                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2015

14 Civ. 02257(AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

      The case management conference scheduled for March 13, 2015 is ADJOURNED to
**May 26, 2015** at **4:30 p.m.**

      SO ORDERED.

Dated: February 4, 2015
       New York, New York

                              _____
                              ANALISA TORRES
                              United States District Judge