EXHIBIT "A"

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROSIBEL RINGLING,

       Plaintiff,

-against-

61st STREET SERVICE CORPORATION, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK and MARISSA HARVEY, *Individually*,

       Defendants.

CV: 14-2257 (AT)(SN)

STIPULATION OF DISMISSAL
WITH PREJUDICE

  **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that the above entitled action be, and the same hereby is, dismissed with prejudice as to all parties and without costs to any party as against any other.

Dated: New York, New York
   June 22, 2015

_____
Nicole A. Welch
**PHILLIPS & ASSOCIATES, PLLC**
45 Broadway, Suite 620
New York, New York 10006
(212) 248-7431
*Attorneys for Plaintiff*

Dated: New York, New York
   June 24, 2015

_____
Marc B. Zimmerman
**PHILLIPS NIZER LLP**
666 Fifth Avenue,
New York, New York 10103
(212) 841-0512
*Attorneys for Defendant Marissa Harvey*

Dated: New York, New York
   June 24, 2015

_____
Mark A. Hernandez
Adriana S. Kosovych
**PUTNEY, TWOMBLY, HALL & HIRSON LLP**
521 Fifth Avenue
New York, New York 10175
(212) 682-0020
*Attorneys for Defendants 61st Street Service Corp. and The Trustees of Columbia University in the City of New York*

SO ORDERED.

Dated: July 2, 2015
   New York, New York

_____
ANALISA TORRES
United States District Judge

14